IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERENA MARIE MADISON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 11-0997 |
| ) | |
| v. ) | |
| ) | Honorable Gary L. Lancaster |
| CHAD WEAVER, ET AL., ) | |
| ) | |
| Defendants. ) | |

### STIPULATION FOR DISMISSAL

The parties to this action by and through their undersigned counsel of record hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs.

Respectfully submitted:

s/Joel S. Sansone
Joel S. Sansone, Esquire
Attorney for Plaintiff
PA ID No. 41008
Three Gateway Center, Suite 1700
Pittsburgh, PA 15222

s/Robert A. Willig
Robert A. Willig, Esquire
Office of the Attorney General
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, Pennsylvania 15219

SO ORDERED, this 2 day of July, 2012.

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge